**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 91-7685**

_____

UNITED STATES OF AMERICA,

Petitioner - Appellee,

versus

RAPHAEL MENDEZ,

Respondent - Appellant.

_____

On Petition to Recall the Mandate.

_____

Submitted:  January 23, 1996          Decided:  April 15, 1996

_____

Before RUSSELL, Circuit Judge, and BUTZNER, Senior Circuit Judge.*

_____

Denied by unpublished per curiam opinion.

_____

Raphael Mendez, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

_____

* Senior Judge Sprouse participated in the consideration of the original appeal but retired prior to the time of this decision. The decision is filed by a quorum of the panel.  28 U.S.C. § 46(d).

PER CURIAM:

The district court for the Eastern District of North Carolina committed Raphael Mendez to the Federal Correctional Institute in Butner, North Carolina, under 18 U.S.C. § 4246. Mendez has petitioned this court to recall the mandate we issued in United States v. Mendez, No. 91-7685 (4th Cir. July 9, 1992), in which we affirmed the district court's order. We decline to exercise our power to recall in these circumstances and deny Mendez's petition. If Mendez wishes to challenge his on-going commitment, he should file a new petition for a writ of habeas corpus in the district court for the Eastern District of North Carolina.